*Electronically Filed*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:22-cv-00007-REW-EBA

| | |
|---|---|
| SABRINA ADKINS | ) |
| | ) |
|     PLAINTIFF | ) |
| V. | ) |
| | ) |
| BEN FIELDS, Individually | ) |
| And in his Official capacity as | ) |
| a Deputy Sheriff with the | ) |
| Letcher County Sheriff's Department, | ) |
| | ) |
| AND | ) |
| | ) |
| BILLY JONES, LETCHER COUNTY | ) |
| SHERIFF | ) |
| | ) |
|     DEFENDANTS | ) |

## PLAINTIFF'S EXHIBIT LIST

Comes the Plaintiff, Sabrina Adkins, by and through counsel, pursuant to this Court's October 27, 2025, Order and in compliance with Fed.R.Civ.P. 26(a)(3)(A)(iii), and respectfully submits this Exhibits List.

### EXHIBITS

1. MCHC Medical Record for Sabrina Adkins, dated July 19, 2021;

2. MCHC Medical Record for Sabrina Adkins, dated February 11, 2022;

3. Extended text message exchange between Sabrina Adkins and Ben Fields;

4. Kentucky Law Enforcement Council's Code of Ethics form, signed by Ben Fields;

1

5. Commonwealth of Kentucky Deputy Sheriff's Oath, signed by Ben Fields and Judge James W. Craft, II;

6. Criminal Complaint accusing Sabrina Adkins of Escape in the Second Degree, signed by Ben Fields in his official capacity with the Letcher County Sheriff's Office;

7. Facebook message exchange between Ben Fields and an unidentified individual discussing "shady websites";

8. Facebook message exchange discussing graphics referencing a "3.5 Way," Bill Cosby, and "pudding";

9. Office of the Attorney General Investigative Report regarding allegations of Rape in the Third Degree against Ben Fields;

10. Memorandum from the Letcher County Sheriff's Office suspending Ben Fields' employment;

11. Letter from the Letcher County Sheriff's Office terminating Ben Fields' employment;

12. Indictment of Ben Fields;

13. Guilty Plea Agreement of Ben Fields;

14. Letcher County Sheriff's Department Sexual Misconduct Policy;

15. Letcher County Sheriff's Department Ethics Policy;

16. Letcher County Sheriff's Department Training Directive Policy;

17. Letcher County Sheriff's Department Secondary Employment Policy;

18. Facebook photograph depicting Mickey Stines playing poker while partially shirtless;

19. Facebook message exchange containing a graphic depicting a statue of a naked man and a turtle, altered to include photographs of Mickey Stines and Jason Eckels;

20. Facebook message exchange containing a graphic referencing "sex with [a] snowman";

21. Facebook message exchange discussing Elizabeth Kincer's house arrest status;

22. Facebook message exchange in which Mickey Stines names the group 'Fat Boys' and Jason Eckels sends a graphic depicting a naked officer standing in front of a fan;

23. Facebook message exchange containing a screenshot of a text message exchange between James Norris and Brooklyn Norris;

24. Facebook message exchange containing a graphic referencing "seafood" and "shrimp";

25. Facebook message exchange containing a graphic referencing the Mouse's Ear Strip Club and the coronavirus;

26. Facebook message exchange containing a graphic discussing masturbation, altered to include a photograph of Jason Eckels' face;

27. Facebook message exchange containing a graphic referencing a "sex swing";

28. Facebook message exchange containing a) a screenshot of a Snapchat photograph of male genitalia, b) a Facebook message sent to Washma Poosie, c) a graphic captioned "Slippery Gecko," d) a graphic referencing sexual acts while wearing a mask, and e) a graphic depicting a sanitary pad;

29. Facebook message exchange containing an image of a man sitting on a couch, altered to include a photograph of Judge Kevin Mullins;

30. Facebook message exchange containing a graphic of a woman wearing an ankle monitor;

31. Declaration of Stacy Yates;

32. Any documents needed to refresh the recollection of witnesses;

33. All documents produced by Plaintiff in the course of discovery in this matter;

34. All documents produced by the Defendants in this action, to the extent admissible;

35. All documents attached as Exhibits to depositions taken in this action;

36. All documents attached to summary judgment motion, response, and reply, or otherwise of record in this action;

37. Any and all exhibits listed by Defendants on their Exhibit Lists, to the extent admissible;

38. Any documents necessary for impeachment purposes;

39. Any documents necessary to rebut testimony or documents offered by the Defendants; and

40. Plaintiff reserves the right to amend or alter this exhibit list to add additional exhibits as they become known or available.

>Respectfully submitted,
>
>/s/ Joe F. Childers
>JOE F. CHILDERS
>JOE F. CHILDERS & ASSOCIATES
>The Lexington Building
>201 West Short Street
>Suite 300
>Lexington, Kentucky 40507
>Telephone: (859) 253-9824
>Facsimile: (859) 347-2310
>joe@jchilderslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, a copy of the foregoing was served electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order upon all parties in the electronic filing system in this case.

>/s/ Joe F. Childers
>COUNSEL FOR PLAINTIFF