## DECLARATION OF STACY YATES

Comes the Declarant, Stacy Yates, and hereby states as follows:

1. My name is Stacy Yates, and I am of sound mind and over the age of eighteen.

2. Sabrina Adkins is a close friend with whom I have at times had a romantic relationship.

3. In January, 2022 Sabrina Adkins was on house arrest in Letcher County, Kentucky under the supervision of Ben Fields.

4. In January, 2022 I was a participant in the Letcher County drug court program.

5. On January 11, 2022 I filed a petition for an emergency protective order against Sabrina after we had gotten into an argument.

6. During the drug court session - There was a hearing held before Judge Craft regarding this EPO, and Ben Fields was present for this hearing. Robbie Kincer, Holly Boggs, Elena Blackburn, Chad Clemons. Along with other drug court participants. 1/12/22.

7. During this drug court session there was some discussion between Judge Craft and Ben Fields regarding the EPO location and residence of Sabrina Adkins.

8. At this time I was aware that Ben Fields had not required Sabrina Adkins to pay for or wear an ankle monitor, and that they had exchanged flirtatious texts.

9. Sometime later that week I had an individual session with Elena Blackburn who was my counselor at Kentucky River Community Care.

10. At this time I notified Elena Blackburn that I had inappropriate messages exchanged between Ben Fields and Sabrina Adkins, and believed that Ben Fields was taking advantage of Sabrina Adkins who was on house arrest.

11. Elena Blackford notified me that she was obligated to report this to Robbie Kincer, who works with Letcher County Drug Court. She said had to do this because he was in a position of authority, and she was required to make this report by law.

12. Elena later called me back and notified me that I needed to go and meet with Robbie Kincer after 5 PM to share the texts from Ben Fields.

1



PLAINTIFF'S EXHIBIT
CASE NO.
EXHIBIT NO. 31
Exhibit 1

13. Later this same day, but before 5 PM, Robbie Kincer called me and asked me to park across the street behind the apartments so no one would see my car or know that I was there.

14. I met with Robbie Kincer in the Letcher County drug court office which is housed in the Letcher County Courthouse. → *no it is down the street in a separate Building by itself*

15. At this time I notified Robbie Kincer that there was a problem concerning Ben Fields, and shared the messages between Ben Fields and Sabrina Adkins with Mr. Kincer.

16. Robbie Kincer made copies of the messages between Ben Fields and Sabrina Adkins, and notified me that he would have to share these with Judge Craft.

17. Robbie Kincer then asked me to go to another room while he called Judge Craft.

18. I did go to another room but could overhear the conversation between Robbie Kincer and Judge Craft.

19. Robbie Kincer notified Judge Craft about the inappropriate conduct of Ben Fields towards Sabrina Adkins.

20. Robbie Kincer also notified Judge Craft that I had safety concerns and was afraid of being terminated from the Letcher County drug court program, which was accurate.

21. Holly Bogg, who I understand to be Ben Fields's sister, works for the Letcher County drug court program with Robbie Kincer.

22. Angie Fields, who I understand to be Ben Fields's wife, works as a guard at the Letcher County jail. — *She no Longer works at the jail*

23. After this call Robbie Kincer came and told me that Judge Craft had directed that we let this 'lay low' for now.

24. Robbie Kincer also told me that someone was trying to get me terminated from the Letcher County drug court program, but that he had tried to stop this and stood up for me.

25. Soon thereafter Robbie Kincer got COVID, and I was assigned to see Holly Boggs. This made me very uncomfortable, and I feared I would end up back in jail.

26. I notified Elena Blackburn of my concerns about working with Holly Boggs and that I wanted to be transferred.

*→ no I was afraid she would go through my phone and see the pictures of the 2 messages*

Exhibit 1

27. I believe Elena reached out to Robbie Kincer, and he called me and asked me to again come to drug court office, after 5 PM, park behind apartment.

28. Prior to this second meeting Sabrina Adkins was arrested for escape.

29. During this second meeting I told him that I wanted to be transferred to Knott County, and was afraid that the Sheriff's Department would retaliate against you for reporting Ben Fields.

30. I also told Robbie Kincer that I believed another woman in drug court, Brianna Cornett, had similar sexual text message communications with Ben Fields and was not required to wear an ankle monitor while on house arrest.

31. Robbie Kincer encouraged me to contact Brianna Cornett to see if she could share the messages.

32. Brianna Cornett later notified me that she met with Robbie Kincer, and she told him everything about Ben Fields.

33. I complained to drug court regional director regarding Holly Boggs involvement in supervising me, which I believe to be unethical given my complaints against Ben Fields.

FURTHER DECLARANT SAITH NOT.

_____
STACY YATES

*I reported this to no one in the regional district only reported it to Alem Blackson and Robby Kincer who reported it to judge Croft*

3

Exhibit 1