## AFFIDAVIT OF CHRIS TRIPLETT

Comes the Affiant, Chris Triplett, under oath and for his affidavit states as follows:

1. The Affiant states that he is 59 years old and resides at ▇▇▇▇ Road, Whitesburg, KY 41858.

2. The Affiant states that he is the fiancée of Jennifer Hill, who resides with Affiant.

3. The Affiant states that in or around December 2019 he became aware that Ben Fields, a deputy with the Letcher County (Ky.) Sheriff's Department, was forcing Ms. Hill to provide sexual favors to Deputy Fields, who oversaw enforcement of Ms. Hill's house arrest as part of her bond on pending criminal matters.

4. The Affiant states that, sometime during Ms. Hill's period of home incarceration, Affiant became aware that Deputy Fields parked his cruiser behind the home of Affiant and Ms. Hill, told her "If you don't do what I say, I will put you back in jail," and commanded her to perform oral sex on him in his cruiser, which she did. The Affiant further states that Deputy Fields returned several days later and commanded Ms. Hill to submit to sexual intercourse with him under the same threat.

5. The Affiant states that, on or around December 15, 2021, he reported the sexual abuse of Ms. Hill by Deputy Fields to the Letcher County Sheriff's Department by telephone and in-person at the sheriff's department headquarters in downtown Whitesburg.

6. The Affiant states that, after reporting Deputy Fields's misconduct to an unknown employee of the Letcher County Sheriff's Department, the unknown employee laughed at him and refused to file a report regarding the misconduct.

7. The Affiant states that, in response to him reporting Deputy Fields's misconduct, other Letcher County deputies began harassing him. This harassment included pulling over

Exhibit 2

Affiant's car three separate times for no legitimate reason within an approximately-12-hour period immediately following Affiant reporting the misconduct of Deputy Fields. On one of these pullovers, Affiant states that a deputy followed his car into an extremely remote area at dusk, made him get out of the car and strip down to his underwear, performed a warrantless search of the car without Affiant's consent, and made Affiant fear for his life. Affiant believes these tactics by the deputies were meant to humiliate and harass him in retaliation for reporting Deputy Fields's misconduct.

8. The Affiant states that ==he became aware of similar sexual allegations against Deputy Fields by another woman, Sabrina Adkins, through media publicity==. The Affiant states that neither he nor Jennifer Hill know Ms. Adkins and had never heard of her before the publicity of Ms. Adkins's lawsuit.

Further the Affiant sayeth not.

_____
CHRIS TRIPLETT

STATE OF KENTUCKY
COUNTY OF __Floyd_____

The foregoing document was subscribed and sworn before me by Chris Triplett to be the truth to the best of his knowledge, this the 14th day of March, 2022.

MY COMMISSION EXPIRES:

__12-7-24_____           _____
                                NOTARY PUBLIC, STATE AT LARGE

Exhibit 2