UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:26-cv-00004-REW-EBA

SABRINA ADKINS and
ESTATE OF JENNIFER HILL                                              PLAINTIFFS

-vs-

BEN FIELDS, Individually
And in his Official capacity
as a Deputy Sheriff with the
Letcher County Sheriff's Department;
EASTERN KENTUCKY CORRECTIONAL
SERVICES, INC. and BILLY JONES,
LETCHER COUNTY SHERIFF                                               DEFENDANTS

---

## DECLARATION OF PRIVATE COUNSEL FOR MICKEY STINES

---

I, Daniel F. Dotson, hereby declare as follows:

I am a practicing attorney who is duly licensed in the Commonwealth of Kentucky. I
appeared with Mr. Stines during his deposition at his request to protect his individual interests as
he was not named individually in this matter – only in his official capacity. Without waving any
privilege I can state that contrary to the unfounded assertions contained in Plaintiff's witness list
I have no knowledge of Micky Stines' participation in unlawful sexual activities involving
female inmates and of Stines' knowledge of others' involvement in such illegal activities while
he was Letcher County Sheriff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026.

DANIEL F. DOTSON

1