

Brandy Anderson <brandy@wftlaw.com>

# Fields Exhibits
5 messages

---

**Brandy Anderson** <brandy@wftlaw.com>  Mon, Dec 22, 2025 at 9:29 AM
To: Joe Childers <joe@jchilderslaw.com>
Cc: "Shaw, Jonathan" <jshaw@psbb-law.com>, "Hackworth, Stacy" <shackworth@psbb-law.com>, Jason Williams <jason@wftlaw.com>

Joe,

I am working on exhibits but I am out of office due to my father's death and the service being tomorrow. Attached are exhibits

- 📄 Ex 2 Rule 26 Disclosures.Plffs.pdf
- 📄 Ex 3 Adkins Responses to Interrog, RFPD-Fields.pdf
- 📄 Ex 3 Adkins' AI & RRPD.pdf
- 📄 Ex 4 Plff's Supp Int Responses.pdf
- 📄 Ex 5 Sabrina Adkins Booking and Release Reports_Redacted.pdf
- 📄 Ex 7 Adkins - criminal file info.pdf
- 📄 Ex 29 Frazier timeline.pdf
- 📄 Ex 30 PMC Outpatient Pharmacy.pdf
- 📄 Ex 32 2023-06-26 PMC.pdf
- 📄 Ex 38 Affidavit of Payne.pdf
- 📄 Ex 39 Affidavit - Stambaugh.pdf
- 📄 Ex 40 Affidavit - Whitaker.pdf
- 📄 Ex 41 Affidavit of Norris.pdf
- 📄 Ex 42 Affidavit - Eckels.pdf

- 📄 Ex. 6 Text and Facebook.pdf
- 📄 Ex. 8 Plaintiffs_000093 - Plaintiffs_000157.pdf
- 📄 Ex. 12 and 25.pdf
- 📄 Ex. 14 Adkins, Sabrina.pdf
- 📄 Ex. 16 Ben Fields.pdf
- 📄 Ex. 17 Mickey Stines.pdf
- 📄 Ex. 18 Patty.Stockham.pdf
- 📄 Ex. 19 Frazier Lashauna.pdf
- 📄 Ex. 20 Eckels, Jason.pdf
- 📄 EX. 31 MCCC.pdf
- 📄 jasoneckels.zip
- 📄 lashaunafrazier.zip
- 📄 mickeystines.zip
- 📄 pattystockham.zip
- 📄 sabrinaadkins.zip
- 📄 Ex. 15 04-09-24 S Adkins 1.mp4
- 📄 Ex. 15 04-09-24 S Adkins 2.mp4

.

Thank you,

Brandy Anderson, CKP
Paralegal to Jason Williams
Williams & Towe Law Group PLLC
606.877.5291 office
859.408.3548 cell

 

Brandy Mountjoy-Anderson CKP

Active Member

Kentucky Paralegal Association

Member ID: **56395014**

Renewal date: **January 01, 2024**

---

**Joe Childers** <joe@jchilderslaw.com>  Mon, Dec 22, 2025 at 10:49 AM
To: Brandy Anderson <brandy@wftlaw.com>

Understood. How many more do you expect or is this all of them? I'm sorry to hear about your father.

Joe

[Quoted text hidden]
--
Joe F. Childers
Joe F. Childers & Associates
The Lexington Building
201 West Short Street
Suite 300
Lexington, Kentucky 40507
(859) 253-9824
Joe@Jchilderslaw.com

---

**Brandy Anderson** <brandy@wftlaw.com>  Mon, Dec 22, 2025 at 10:50 AM
To: Joe Childers <joe@jchilderslaw.com>

There are a few more that was not in my initial folder and should have them to you by Friday when I am back to work.

Brandy Anderson, CKP
Paralegal to Jason Williams
Williams & Towe Law Group PLLC
606.877.5291 office
859.408.3548 cell

 

Brandy Mountjoy-Anderson CKP

Active Member

Kentucky Paralegal Association

Member ID: **56395014**

Renewal date: **January 01, 2024**

[Quoted text hidden]

---

**Joe Childers** <joe@jchilderslaw.com>  Mon, Dec 22, 2025 at 11:07 AM
To: Brandy Anderson <brandy@wftlaw.com>

Okay.
[Quoted text hidden]

---

**Shaw, Jonathan** <jshaw@psbb-law.com>  Mon, Jan 26, 2026 at 4:14 PM
To: Brandy Anderson <brandy@wftlaw.com>

Brandy – we were able to open the exhibits just fine.

Jonathan C. Shaw J.D., M.B.A.
Attorney



[327 Main Street](#)
P.O. Drawer 1767
Paintsville, KY 41240
Phone:   606-789-3747   Ext. 146
Fax:         606-789-9862
E-Mail: [jshaw@psbb-law.com](mailto:jshaw@psbb-law.com)
Internet: [http://www.pbbslaw.com/](http://www.pbbslaw.com/)

*Protecting our clients' interests for over a century*

The information contained in this digital message is confidential and intended for the sole use of the individual or entity named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify the sender and destroy all copies of the message.

---

**From:** Brandy Anderson <[brandy@wftlaw.com](mailto:brandy@wftlaw.com)>
**Sent:** Monday, December 22, 2025 9:30 AM
**To:** Joe Childers <[joe@jchilderslaw.com](mailto:joe@jchilderslaw.com)>
**Cc:** Shaw, Jonathan <[jshaw@psbb-law.com](mailto:jshaw@psbb-law.com)>; Hackworth, Stacy <[shackworth@psbb-law.com](mailto:shackworth@psbb-law.com)>; Jason Williams <[jason@wftlaw.com](mailto:jason@wftlaw.com)>
**Subject:** Fields Exhibits

[Quoted text hidden]