

Brandy Anderson <brandy@wftlaw.com>

# Fields Exhibits

**Shaw, Jonathan** <jshaw@psbb-law.com>                                                                   Mon, Jan 26, 2026 at 4:14 PM
To: Brandy Anderson <brandy@wftlaw.com>

Brandy – we were able to open the exhibits just fine.

Jonathan C. Shaw J.D., M.B.A.
Attorney

PORTER, BANKS, BALDWIN & SHAW, PLLC
ATTORNEYS AT LAW

[327 Main Street](#)
P.O. Drawer 1767
Paintsville, KY 41240
Phone:   606-789-3747  Ext. 146
Fax:      606-789-9862
E-Mail: jshaw@psbb-law.com
Internet: http://www.pbbslaw.com/

*Protecting our clients' interests for over a century*

The information contained in this digital message is confidential and intended for the sole use of the individual or entity named. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this communication in error, please notify the sender and destroy all copies of the message.

**From:** Brandy Anderson <brandy@wftlaw.com>
**Sent:** Monday, December 22, 2025 9:30 AM
**To:** Joe Childers <joe@jchilderslaw.com>
**Cc:** Shaw, Jonathan <jshaw@psbb-law.com>; Hackworth, Stacy <shackworth@psbb-law.com>; Jason Williams <jason@wftlaw.com>
**Subject:** Fields Exhibits

[Quoted text hidden]