UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL MINUTES

Case No. 6:26-CV-004-REW    At LONDON    Date March 3, 2026

Case Style: *Sabrina Adkins v. Ben Fields, individually and in his official capacity as a Letcher County Sheriff's Deputy, and Billy Jones, Letcher County Sheriff*

PRESENT: HON. ROBERT E. WIER, U.S. DISTRCT JUDGE

| Michelle Sliter | Kimberley Keene |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEY PRESENT FOR PLAINTIFF**:   **ATTORNEYS PRESENT FOR DEFENDANTS**:

Joe F. Childers

Jason E. Williams
Jonathan C. Shaw and Albert Turner

**PRETRIAL CONFERENCE**

The Court conducted a brief pretrial conference prior to jury selection. Plaintiff Sabrina Adkins was present. Defendants Ben Fields and Billy Jones were present. The Court discussed the redacted Stines deposition and the mechanics of its use at trial with the parties.

The Court **GRANTS** Defendant Fields's motion, DE 255, and bars all parties from posting any trial-related content on social media during the length of the jury trial. That prohibition ends with the conclusion of trial.

Plaintiff, citing no authority, objected generally to the jury pool. The Court engaged in an academic discussion with the parties on the matter. The Court **OVERRULED** the objection for record stated reasons.

After a short break, and as the jury pool came up to the Courtroom, the parties announced that they had reached a settlement agreement. They (all counsel and all parties) confirmed on the record agreement to all material terms. The parties will be ordered to split the jury costs as stated on the record (as warned about at the PTC).

The jury pool was announced and seated in the gallery of the Courtroom. After explaining status, the Court addressed the jurors and thanked them for their service.

The Court **ORDERS** as follows:

1. The Clerk is directed to issue a ***Show Cause Order*** for juror numbers 206 and 242 for their failure to appear as directed.

2. The Court will issue a separate Order assigning jury costs between the parties. This shall be paid within 30 days from the date of the Order.

3. The Court **DIRECTS** the parties to file an agreed order(s) of dismissal finally concluding the case by no later than April 3, 2026.

4. The Clerk is directed to administratively close this case and strike it from the active docket.

Copies: COR
TIC: /32
Initials of Deputy Clerk: mrs

Signed By:
Robert E. Wier
United States District Judge